# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Orsello

Plaintiff

v.

Diane Orsello

Defendants

Case No. Civil 00-1977 PAM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees be denied. This action be dismissed. This action be certified as not undertaken in good faith.

DATE: September 25, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk